IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 3:09-CR-249-D |
| | § | |
| CHASITY LYNN FAULKNER, ET AL | § | |

### ORDER GRANTING THE GOVERNMENT LEAVE TO FILE SECOND AND THIRD SUPPLEMENTAL EXHIBIT LISTS

Came on this day the government's October 23, 2011 motion for leave to file second supplemental exhibit list and October 24, 2011 motion for leave to file third supplemental exhibit list.

Because the motions were filed after the commencement of trial and are not motions for which leave to file need not be sought (e.g., a defense motion for judgment of acquittal), the court assumes that the government is also seeking leaving to file the motions.

The court grants the government leave to file the motions, and it also grants the government's motions for leave to file its second and third supplemental exhibit lists.

**SO ORDERED**.

October 24, 2011.

_____
SIDNEY A. FITZWATER
CHIEF JUDGE